# GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP

ATTORNEYS AT LAW

ANDREW W. ALBSTEIN*
ARNOLD I. MAZEL
STEVEN R. UFFNER
HARVEY L. GOLDSTEIN
NEAL M. ROSENBLOOM
KEVIN J. NASH
IRIS A. ALBSTEIN
BARRY E. ZWEIGBAUM
DOUGLAS TAUS
ROBERT W. LO SCHIAVO*
ELIZABETH SMITH *▲†
MATTHEW E. HEARLE
AUBREY E. RICCARDI*
STEPHEN BORDANARO
ANTHONY J. SCHLUR
DANIEL J. SLATZ

J. TED DONOVAN
DORAN I. GOLUBTCHIK
MICHELLE MCLEOD*
ARTHUR A. HIRSCHLER
GERALD BUKARY
ELI RAIDER
SERGIO J. TUERO*
JAY SIMENS
STEWART WOLF*
CHRISTOPHER R. CLARKE
ERIC ZARATIN
PREET S. BAGGA
RAQUEL GOLDSTEIN
NEIL I. ALBSTEIN*
MICHAEL B. PODOLSKY*
JACQUELYN F. SCHWALB
EVAN LAZEROWITZ*
SARAH BENJI*

J. Ted Donovan, Esq.
Direct (212) 301-6943
Facsimile (212) 221-6532
TDonovan@GWFGlaw.com

22ND FLOOR
1501 BROADWAY
NEW YORK, N.Y. 10036
(212) 221-5700
TELECOPIER (212) 730-4518

BENJAMIN C. KIRSCHENBAUM
(OF COUNSEL)

EMANUEL GOLDBERG (1904-1988)
JACK WEPRIN (1930-1996)
BENJAMIN FINKEL (1905-1986)

* ALSO MEMBER OF NEW JERSEY BAR
▲ ALSO MEMBER OF TEXAS BAR
† ALSO MEMBER OF MASSACHUSETTS BAR
○ ALSO ADMITTED IN CALIFORNIA
☆ MEMBER OF FLORIDA & DC & NY

April 27, 2016

<u>Via ECF</u>

The Honorable Vera M. Scanlon
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Conselyea Street Block Associations, Inc. v. 207 Ainslie, LLC et al.
      16-CV-1924 (NGG)(VMS)

Dear Judge Scanlon:

        This firm represents 207 Ainslie, LLC, which filed a Notice of Removal of this case from the Supreme Court, New York Court to the federal courts, to be heard in conjunction with my client's Chapter 11 bankruptcy case (No. 16-16-41426 (NHL)).

        In reviewing the legal docket, I find that Your Honor has scheduled an initial conference order for May 18, 2016. We respectfully submit that no conference is necessary, and that the case should be automatically referred to Bankruptcy Judge Nancy Hershey Lord for all further proceedings, pursuant to the Standing Order of Reference dated December 5, 2012 (Amor, C.J.), which states that all matters "arising in or related to a case under Title 11" are automatically referred to the Bankruptcy Court.

                                Respectfully submitted,

                                J. Ted Donovan, Esq.

To:   Martin S. Needelman, Esq. (via e-mail to mneedelman@bka.org)
      Marc Aronson, Esq. (via e-mail to aronsonlaw5@aol.com)
      Hugh H. Shull III (via e-mail to hughs@law.nyc.gov)
      Steve Sidrane, Esq. (via e-mail to Sidranelaw@gmail.com)